**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FRENKEL LAMBERT WEISMAN & GORDON, LLP
53 Gibson Street
Bay Shore, NY 11706
(631) 969-3100
File No.: 03-023536-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for BANK OF AMERICA, N.A., Creditor

Case No.: **26-15721-JNP**

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

In Re:

**Thomas Ray Bell**

                    Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A.. Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature filed in this case be served on the undersigned at the following address:

FRENKEL LAMBERT WEISMAN & GORDON, LLP
53 Gibson Street
Bay Shore, NY 11706

Date: May 27, 2026                    /s/ *Douglas McDonough*
                                       Douglas McDonough, Esq.
                                       Attorney, Bar ID: DM0973
                                       Frenkel Lambert Weisman & Gordon, LLP
                                       53 Gibson Street
                                       Bay Shore, NY 11706
                                       (631) 969-3100