**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISMAN & GORDON, LLP<br>53 Gibson Street<br>Bay Shore, New York 11706<br>973- 325-8800<br>File No.: 03-023536-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br><br>DMcDonough@flwlaw.com<br>Attorney for BANK OF AMERICA, N.A., Secured Creditor | Case No.: **26-15721-JNP**<br><br>Chapter 13<br><br>Judge Jerrold N. Poslusny, Jr. |

In Re:

**Thomas Ray Bell,**

                        Debtor(s).

## CERTIFICATION OF SERVICE

1. I, Douglas McDonough, am employed by FRENKEL LAMBERT WEISMAN & GORDON, LLP, who represents BANK OF AMERICA, N.A. in this matter.

2. On May 27, 2026, I arranged to have the items set forth below served on the names and addresses shown as set forth in the following chart:

    a. Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 27, 2026

/s/ *Douglas McDonough*

Douglas McDonough
Attorney
FRENKEL LAMBERT WEISMAN &
GORDON, LLP
53 Gibson Street
Bay Shore, New York 11706
973-325-8800

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Andrew Finberg, Chapter 13 Standing Trustee<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | **TRUSTEE** | Notice of Electronic Filing (NEF) |
| Law Office of Mike Assad, P.C<br>Attn: Michael I. Assad, Esq.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | **DEBTOR'S ATTORNEY** | Notice of Electronic Filing (NEF) |