Form 132 − 13sum

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−15721−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas Ray Bell
107 N Fork Landing Rd
Cinnaminson, NJ 08077−3108

Social Security No.:
xxx−xx−3312

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                      8/5/26
Time:                      09:00 AM
Location:                  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 29, 2026
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:

Thomas Ray Bell

    Debtor

Case No. 26-15721-JNP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                          Page 1 of 3

Date Rcvd: May 29, 2026                  Form ID: 132                       Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas Ray Bell, 107 N Fork Landing Rd, Cinnaminson, NJ 08077-3108 |
| 521221700 | | Cibik Law P.C., 1500 Walnut St Ste 900, Philadelphia, PA 19102-3518 |
| 521221703 | + | County of Burlington, 49 Rancocas Rd, Mount Holly, NJ 08060-1384 |
| 521221704 | | Daniel J. Ragone Jr. MD PA, 901 Route 73 N Ste B, Marlton, NJ 08053-2034 |
| 521221705 | + | Dilworth Paxson LLP, 457 Haddonfield Rd Ste 700, Cherry Hill, NJ 08002-2221 |
| 521221708 | | Lynn E. Feldman, 2310 Walbert Ave Ste 103, Allentown, PA 18104-1360 |
| 521221709 | | Nancy C. Bell, 107 N Fork Landing Rd, Cinnaminson, NJ 08077-3108 |
| 521221711 | | New Jersey Motor Vehicle Commission, Attn: Bankruptcy, 225 E State St, Trenton, NJ 08608-1800 |
| 521221712 | | Office of the Attorney General, 25 Market St, Trenton, NJ 08611-2148 |
| 521221713 | + | PNC Bank N.A., Attn: Bankruptcy, 110 N Broadway, Camden, NJ 08102-1179 |
| 521221720 | + | TR Bell Trucking LLC, 2101 Brandywine St Ste 101, Philadelphia, PA 19130-3152 |
| 521221719 | | Township of Cinnaminson, 1621 Riverton Rd, Cinnaminson, NJ 08077-2325 |
| 521221721 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521221722 | | Vantage Surgery Center, 350 Young Ave, Moorestown, NJ 08057-3115 |
| 521221724 | + | Wells Fargo Auto Cre, PO BOX 71092, CHARLOTTE, NC 28272-1092 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521221693 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2026 21:00:03 | American Express, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 521221694 | | Email/Text: csc.bankruptcy@amwater.com | May 29 2026 20:59:00 | American Water, Attn: Bankruptcy, 1 Water St, Camden, NJ 08102-1658 |
| 521221695 | ^ | MEBN | May 29 2026 20:53:54 | Apex Asset Management LLC, Attn: Bankruptcy, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 521221697 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 20:57:00 | Bank of America, PO BOX 982238, EL PASO, TX 79998-2238 |
| 521221696 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 20:57:00 | Bank of America, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 521221698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 20:59:47 | Best Buy/Cbna, 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007-1032 |
| 521221701 | | Email/Text: kfitzpatrick@cinnaminsonsewerage.org | May 29 2026 20:57:00 | Cinnaminson Sewerage Authority, 1621 Riverton Rd, Cinnaminson, NJ 08077-2325 |
| 521221699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 20:59:52 | Cap1/Kohls Dept Store, PO BOX 31293, SALT |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: May 29, 2026 | Form ID: 132 | Total Noticed: 35

| | | | | |
|---|---|---|---|---|
| | | | | LAKE CITY, UT 84131-0293 |
| 521221702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 21:10:16 | Citicards Cbna, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 521221706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2026 20:58:00 | Internal Revenue Service, Attn: Bankruptcy, Po Box 7346, Philadelphia, PA 19101-7346 |
| 521221707 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 20:59:51 | Jpmcb Card Services, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 521221714 | ^ | MEBN | May 29 2026 20:55:21 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521221710 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 29 2026 20:57:00 | New Jersey Division of Taxation, Attn: Bankruptcy, 3 John Fitch Wy 5th Floor, Trenton, NJ 08695-0001 |
| 521221715 | + | Email/Text: enotifications@santanderconsumerusa.com | May 29 2026 20:59:00 | Santander Bank, N.A, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 521221716 | ^ | MEBN | May 29 2026 20:55:57 | Sunnova TE Management LLC, Attn: Bankruptcy, 20 Greenway Plz Ste 475, Houston, TX 77046-2015 |
| 521221717 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 21:00:00 | Syncb/Sams Club, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 521221718 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 20:59:56 | Thd/Cbna, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 521221723 | | Email/Text: virtuapatientaccounting@virtua.org | May 29 2026 20:58:00 | Virtua Health, 303 Lippincott Dr # 4, Marlton, NJ 08053-4160 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Michael I. Assad | |

District/off: 0312-1                    User: admin                              Page 3 of 3
Date Rcvd: May 29, 2026                 Form ID: 132                         Total Noticed: 35

on behalf of Debtor Thomas Ray Bell mike@assad.law
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4