<table>
<tr><td colspan="2">

**United States Bankruptcy Court**
**District of New Jersey**

</td></tr>
<tr><td>

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

</td><td>

Case No.:        26-15721-JNP

Chapter:         13

</td></tr>
<tr><td>

In re: Thomas Ray Bell,

                                        *Debtor*.

</td><td>

Hearing Date:    09/01/2026

Judge:           Thomas Ray Bell

</td></tr>
</table>

### Certification of Debtor's Attorney

I, Michael I. Assad, hereby certify as follows:

1.      I am the attorney for the debtor in this case and make this certification in support of their Motion to Reschedule Section 341(a) Meeting of Creditors.

2.      This case was filed on May 20, 2026, on an emergent basis to stay imminent and adverse action against the Debtor in the Superior Court of New Jersey.

3.      Due to those emergent circumstances, the Debtor had insufficient time to gather and provide all necessary information and documents to his attorney before the case was filed.

4.      Accordingly, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 were prepared after the petition was filed.

5.      The first meeting of creditors in this case was scheduled for June 18, 2026.

6.      Prior to the meeting, the trustee requested that the Debtor provide certain documents for his review.

7.     Because those documents were not provided in the time allowed before the meeting, the meeting was not held.

8.     Upon information and belief, the Debtor, through me, has since provided all such documents to the trustee.

9.     I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: July 26, 2026

Michael I. Assad

4