<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court<br>District of New Jersey</strong></td></tr>
<tr><td>

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

</td><td>

Case No.:            26-15721-JNP

Chapter:             13

</td></tr>
<tr><td>

In re: Thomas Ray Bell,



*Debtor*.

</td><td>

Hearing Date:        09/01/2026

Judge:               Thomas Ray Bell

</td></tr>
</table>

## Certification of Service

1.  I, Michael I. Assad, represent Thomas Ray Bell, the debtor in this matter.

2.  On July 26, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Debtor's Motion to Reschedule Section 341(a) Meeting of Creditors.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 26, 2026

_____
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anderew Finberg | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |
| Internal Revenue Service<br>Attn: Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| New Jersey American Water<br>PO Box 2798<br>Camden, NJ 08101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PNC Bank, N.A. | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |
| Santander Consumer USA Inc. | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |
| U.S. Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |

2