<table>
<tr><td>

**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Thomas Ray Bell,

*Debtor.*
</td><td>

Case No.:      26-15721-JNP

Chapter:      13

Hearing Date:      09/01/2026

Judge:      Poslusny
</td></tr>
</table>

**Notice of Debtor's Motion to Reschedule Section 341(a) Meeting of Creditors**

TO:     The trustee and all creditors and parties in interest.

Debtor Thomas Ray Bell has filed papers with the court requesting that it enter an order directing the trustee to reschedule the section 341 meeting of creditors.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than seven days prior to the hearing date.

Hearing Date:      September 1, 2026

Hearing Time:      11:00 a.m.

Hearing Location      Mitchell H. Cohen U.S. Courthouse
                          400 Cooper Street, 4th Floor
                          Camden, NJ 08101

Courtroom Number:   4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before seven days prior to the hearing date.

*[Notice continued on next page.]*

You must also mail a copy of your response to:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002

If you or your attorney do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: July 26, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ _____
        Michael I. Assad

2

<table>
<tr><td colspan="2">

**United States Bankruptcy Court**
**District of New Jersey**

</td></tr>
</table>

| | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-15721-JNP |
| | Chapter: | 13 |
| In re: Thomas Ray Bell, | Hearing Date: | 09/01/2026 |
| *Debtor*. | Judge: | Thomas Ray Bell |

**Certification of Debtor's Attorney**

I, Michael I. Assad, hereby certify as follows:

1.      I am the attorney for the debtor in this case and make this certification in support of their Motion to Reschedule Section 341(a) Meeting of Creditors.

2.      This case was filed on May 20, 2026, on an emergent basis to stay imminent and adverse action against the Debtor in the Superior Court of New Jersey.

3.      Due to those emergent circumstances, the Debtor had insufficient time to gather and provide all necessary information and documents to his attorney before the case was filed.

4.      Accordingly, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 were prepared after the petition was filed.

5.      The first meeting of creditors in this case was scheduled for June 18, 2026.

6.      Prior to the meeting, the trustee requested that the Debtor provide certain documents for his review.

7.      Because those documents were not provided in the time allowed before the meeting, the meeting was not held.

8.      Upon information and belief, the Debtor, through me, has since provided all such documents to the trustee.

9.      I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: July 26, 2026                    /s/  _____
                                       Michael I. Assad

4

<table>
<tr><td colspan="2">

**United States Bankruptcy Court**
**District of New Jersey**

</td></tr>
</table>

| | |
|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:  26-15721-JNP<br><br>Chapter:  13 |
| In re: Thomas Ray Bell,<br><br>*Debtor*. | Hearing Date:  09/01/2026<br><br>Judge:  Thomas Ray Bell |

### Certification of Service

1. I, Michael I. Assad, represent Thomas Ray Bell, the debtor in this matter.

2. On July 26, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Debtor's Motion to Reschedule Section 341(a) Meeting of Creditors.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 26, 2026

/s/ _____
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anderew Finberg | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |
| Internal Revenue Service<br>Attn: Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| New Jersey American Water<br>PO Box 2798<br>Camden, NJ 08101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PNC Bank, N.A. | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |
| Santander Consumer USA Inc. | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |
| U.S. Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E) |

2