<table>
<tr><td>

### United States Bankruptcy Court
### District of New Jersey

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Thomas Ray Bell,

*Debtor.*

</td><td>

Case No.:          26-15721-JNP

Chapter:           13

Hearing Date:      09/01/2026

Judge:             Poslusny

</td></tr>
</table>

**Notice of Debtor's Motion to Object to Claims of PNC Bank N.A.**

TO:    PNC Bank, N.A.

Debtor Thomas Ray Bell has filed papers with the court objecting to claims that you filed in this bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than seven days before the hearing date.

Hearing Date:          September 1, 2026

Hearing Time:          11:00 a.m.

Hearing Location       Mitchell H. Cohen U.S. Courthouse
                       400 Cooper Street, 4th Floor
                       Camden, NJ 08101

Courtroom Number:  4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before seven days before the hearing date.

*[Notice continued on next page.]*

You must also mail a copy of your response to:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: July 29, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad