<table>
<tr><td colspan="2">

### United States Bankruptcy Court
### District of New Jersey

</td></tr>
</table>

| | |
|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:      26-15721-JNP<br><br>Chapter:      13 |
| In re: Thomas Ray Bell,<br><br>*Debtor*. | Hearing Date:    09/01/2026<br><br>Judge:      Poslusny |

**Order Disallowing Claims of PNC Bank N.A.**

The relief set forth on the following page is hereby **ORDERED**.

**Order Disallowing Claims of PNC Bank N.A. (continued)**

**THIS MATTER** having been opened to the Court upon the Motion to Object to Claims of PNC Bank N.A. filed by Debtor Thomas Ray Bell; and notice of the motion having been given to PNC and to all parties entitled to notice; and the Court having considered the motion and any response filed to it; and a hearing having been held on September 1, 2026; and for good cause shown; it is hereby **ORDERED** that:

1.    The motion is **GRANTED**.

2.    The objection is **SUSTAINED**.

3.    Claims No. 3 and 4 of PNC are **DISALLOWED** in their entirety.

4.    The claims register shall be marked to reflect this order.

5.    Under Fed. R. Bankr. P. 3001(c)(3)(A), PNC is precluded from presenting, in any form, as evidence in any contested matter or adversary proceeding in this case, the information and documentation it failed to file with Claims No. 3 and 4.

6.    PNC must pay the Debtor reasonable expenses and attorney's fees authorized by Fed. R. Bankr. P. 3001(c)(3)(B). The Debtor's attorney must file an application for compensation and reimbursement of expenses within fourteen days after the entry of this order.

*###*