<table>
<tr><td colspan="2">

**United States Bankruptcy Court**
**District of New Jersey**

</td><td></td><td></td></tr>
<tr><td colspan="2">

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

</td><td>Case No.:</td><td>26-15721-JNP</td></tr>
</table>

|  |  |  |
|---|---|---|
| By: Michael I. Assad (#338972023) Law Office of Mike Assad, P.C. 923 Haddonfield Road, Suite 336 Cherry Hill, NJ 08002 609-808-3300 mike@assad.law *Attorney for Debtor* | Case No.: | 26-15721-JNP |
|  | Chapter: | 13 |
| In re: Thomas Ray Bell, | Hearing Date: | 09/01/2026 |
| *Debtor.* | Judge: | Poslusny |

**Certification of Service**

1. I, Michael I. Assad, represent Thomas Ray Bell, the debtor in this matter.

2. On July 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Debtor's Motion to Object to Claims of PNC Bank N.A.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 29, 2026

/s/ Michael I. Assad
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Civ. P. 5(b)(2)(E) |
| Dilworth Paxson LLP | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Civ. P. 5(b)(2)(E) |
| Chief Legal Officer<br>PNC Bank N.A.<br>300 Fifth Ave<br>Pittsburgh, PA 15222-2401 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other |
| U.S. Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Civ. P. 5(b)(2)(E) |