| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-15721-JNP<br>13 |
| In re: Thomas Ray Bell,<br><br>*Debtor*. | Hearing Date:<br>Judge: | 09/01/2026<br>Poslusny |

**Notice of Withdrawal of Debtor's Motion to Object to Claims of PNC Bank N.A.**

PLEASE TAKE NOTICE that Debtor Thomas Ray Bell hereby withdraws his Motion to Object to Claims of PNC Bank N.A.

Date: August 24, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ ______________________
Michael I. Assad