# Office of the Chapter 13 Standing Trustee

**Andrew B. Finberg, Chapter 13 Standing Trustee**

*Joni L. Gray, Counsel*
*Jennifer R. Gorchow, Staff Attorney*
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander**
*Jennie P. Archer**
*Kelleen E. Stanley**
*Kimberly A. Talley**

**Certified Bankruptcy Assistant*

August 25, 2026

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE: Chapter 13 Bankruptcy
Debtor(s) Name: Thomas Ray Bell
Case No: 26-15721 JNP

Dear Judge Poslusny:

Please accept this letter in lieu of a formal response to Debtor's Motion for an Order Rescheduling §341(a) Meeting of Creditors, which is returnable Tuesday, September 1, 2026, at 11:00 a.m.

Debtor filed for Chapter 13 bankruptcy protection on May 20, 2026. The §341(a) Meeting of Creditors could not be conducted due to the failure to submit documents. Debtors' Certification in Support of Motion states Debtor has submitted all required documents and are now able to move forward with the §341(a) Meeting of Creditors. Debtors request entry of an Order Allowing §341(a) Meeting of Creditors to be Rescheduled. The Trustee objects.

The request to reschedule the §341(a) Meeting of Creditors is premature. The filing of the premature request to reschedule the §341(a) Meeting of Creditors forces the Trustee to spend unnecessary time re-reviewing the case and preparing an objection to Debtor's motion.

The following documents have not been provided to the Chapter 13 Trustee[1] :

1. Contribution Letter and proof of income from adult child as reflected on Schedule I
2. Bank Statements for PNC #8192 dated 11/01/2025-04/30/2026 (Screen shots are not acceptable)

[1]The Trustee notes that the list of documents needed to reschedule the §341(a) Meeting of Creditors is readily available on the Trustee's website.

By the return date of Debtor's motion, nearly three (3) months will have passed since the filing of Debtor's case and Debtor has yet to appear at a §341(a) hearing. As a result, the Confirmation scheduled for August 5, 2026, will not be able to go forward. The failure to cooperate with the Trustee is causing an unnecessary delay in the case.

The Trustee objects to any request for additional time to submit the documents needed to conduct the §341(a) Meeting of Creditors. Unless all missing documents are received prior to the return date of Debtors' motion, the Trustee requests Debtors' motion be denied.

As always, please feel free to contact this office with any questions or concerns.

Respectfully submitted,

/s/ Joni L. Gray
Joni L. Gray, Counsel for
Andrew B. Finberg,
Chapter 13 Standing Trustee

JLG/kt
c: Michael I. Assad (Via CM/ECF)
Thomas Ray Bell (Via Regular Mail)