Order Filed on September 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Thomas Ray Bell,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-15721-JNP |
| Chapter: | 13 |
| Hearing Date: | 09/01/2026 |
| Judge: | Thomas Ray Bell |

**Order Directing Trustee to Reschedule Section 341(a) Meeting of Creditors**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 2, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Order Directing Trustee to Reschedule Section 341(a) Meeting of Creditors (continued)**

Upon consideration of the Motion to Reschedule Section 341(a) Meeting of Creditors filed by Debtor Thomas Ray Bell, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Within ten days after the date of this order, the trustee shall reschedule the section 341(a) meeting of creditors.

3. If the Debtor fails to comply with the terms of this order or fails to appear at the rescheduled 341(a) meeting of creditors, the Debtor's case shall be dismissed immediately upon the filing of a certification of non-compliance by the Trustee.

###

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-15721-JNP
Thomas Ray Bell Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: pdf903 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Thomas Ray Bell, 107 N Fork Landing Rd, Cinnaminson, NJ 08077-3108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Michael I. Assad | on behalf of Debtor Thomas Ray Bell mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7